(Rev. 4/97)

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John FARNKLIN
_____
Plaintiff

V.

~~G~~ D R. KEARNEY
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:  0 6 - 3 7 8

I, John FARNKLIN _____ declare that I am the (check appropriate box)

(Petitioner)/Plaintiff/Movant        Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    (Yes)    No    (If "No" go to Question 2)

    If "Yes" state the place of your incarceration  SUSSEX COUNTY,

    Are you employed at the institution? NO  Do you receive any payment from the institution? NO

    Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

    FILED
    JUN -9 2006
    BD Scanned
    U.S. DISTRICT COURT
    DISTRICT OF DELAWARE

2.  Are you currently employed?    Yes    (No)

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment        Yes    (No)
    b.  Rent payments, interest or dividends                 Yes    (No)
    c.  Pensions, annuities or life insurance payments       Yes    (No)
    d.  Disability or workers compensation payments          Yes    (No)
    e.  Gifts or inheritances                                Yes    (No)
    f.  Any other sources                                    Yes    (No)

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have a cash or checking or savings accounts?    Yes    (No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    Yes    (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. (NONE)

I declare under penalty of perjury that the above information is true and correct.

X 6-6-06
DATE

X John M. Franklin
SIGNATURE OF APPLICANT

# SEE ATTACHED
# SIX MONTH STATEMENT

06-378

# Prior Month -- Individual Statement

Date Printed: 6/2/2006                                                                 Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.80 |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC C1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 12/1/2005 | ($1.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | NONE | 12/5/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| Copies | | 12/7/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $100.00 |
| Commissary | | 12/8/2005 | ($56.81) | $0.00 | $0.00 | $0.00 | $43.19 |
| Postage | | 12/12/2005 | $0.00 | $0.00 | ($1.37) | $0.00 | $43.19 |
| Copies | | 12/12/2005 | $0.00 | $0.00 | ($4.50) | $0.00 | $43.19 |
| Copies | | 12/21/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $43.19 |
| Copies | | 12/21/2005 | $0.00 | $0.00 | ($3.25) | $0.00 | $43.19 |
| Commissary | | 12/22/2005 | ($17.35) | $0.00 | $0.00 | $0.00 | $25.84 |
| Postage | | 12/27/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $25.84 |
| Postage | | 12/27/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $25.84 |
| Copies | | 12/27/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $25.84 |
| Copies | | 12/27/2005 | $0.00 | $0.00 | ($6.00) | $0.00 | $25.84 |
| Visit MO | CORRECTION FROM | 12/28/2005 | ($250.00) | $0.00 | $0.00 | $0.00 | ($224.16) |
| Medical | | 12/29/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | ($224.16) |
| | | | | | | Ending Mth Balance: | ($224.16) |



FILED
JUN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

# Prior Month -- Individual Statement

Date Printed: 6/2/2006                                                                                      Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($224.16) |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC C1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 1/10/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | ($224.16) |
| Copies | | 1/11/2006 | $0.00 | $0.00 | ($1.50) | $0.00 | ($224.16) |
| Visit MO | NONE | 1/19/2006 | $30.00 | $0.00 | $0.00 | $0.00 | ($194.16) |
| Postage | | 1/25/2006 | $0.00 | $0.00 | ($3.35) | $0.00 | ($194.16) |
| Copies | | 1/25/2006 | $0.00 | $0.00 | ($19.00) | $0.00 | ($194.16) |
| | | | | | | Ending Mth Balance: | ($194.16) |

# Prior Month -- Individual Statement

Date Printed: 6/2/2006                                          Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($194.16) |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC C1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 2/8/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | ($194.16) |
| Copies | | 2/8/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | ($194.16) |
| Postage | | 2/17/2006 | $0.00 | $0.00 | ($0.24) | $0.00 | ($194.16) |
| | | | | | **Ending Mth Balance:** | | **($194.16)** |

# Prior Month -- Individual Statement

Date Printed: 6/2/2006                                                                 Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($194.16) |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC C1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 3/6/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | ($194.16) |
| Postage | | 3/6/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | ($194.16) |
| | | | | | | **Ending Mth Balance:** | **($194.16)** |

## Individual Statement - No Transactions This Month

Date Printed: 6/2/2006            Page 1 of 1

### For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($194.16) |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC C1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($194.16) |
|---|---|---|---|---|---|---|

# Prior Month -- Individual Statement

Date Printed: 6/2/2006                                                        Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($194.16) |
|---|---|---|---|---|---|---|
| 00214419 | FRANKLIN | JOHN | M | | | |
| Current Location: | MULTI SEC C1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | NONE | 5/26/2006 | $20.00 | $0.00 | $0.00 | $0.00 | ($174.16) |
| Copies | | 5/30/2006 | $0.00 | $0.00 | ($2.25) | $0.00 | ($174.16) |
| | | | | | | Ending Mth Balance: | ($174.16) |

## INMATE ACCOUNT STATEMENT

TO:  Inmate Name: Franklin           John         M
                  (Last)             (First)      (M.I.)
     SBI Number: 214419
     Housing Unit: M, S, B   C 7

FR:  Inmate Account Technician

DA:

RE:  Summary Of Account

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of __12-01__, __2005__ through __05-31__, __2006__.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ __(162.50)__.

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007


## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Franklin     John        M            SBI Number: 214419
             (Last)       (First)     (M.I.)

Housing Unit: M, S, B, C 7

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_John Franklin_                         _Judith Ann Lederman_
Inmate Signature                        Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office RECEIVED            JUDITH ANN LEDERMAN
                                                     NOTARY PUBLIC, STATE OF DELAWARE
                                                     My Commission Expires August 19, 2007

MAY 3 0 2006

SCI BUSINESS OFFICE