ORIGINAL

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District Delaware | 06-378 |
|---|---|---|
| Name: John Franklin. M | Prisoner No. 214419 | Case No. |

Place of Confinement

Sussex Correctional Institution, Georgetown, DE, 19947

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| John Franklin | V. Richard Kearney, Warden |

The Attorney General of the State of: Delaware  CARl DANbERg,

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  SuperIor court of the of Del. in and for sussex county.

2. Date of judgement of conviction  February. 25. 2004

3. Length of sentence  One Hundered Twenty-five Years; (125)

4. Nature of offense involved (all counts)  (5) Five counts First degree Rape; (1) one count Terroristic Threatening; And (1) one count of endangering welfare of a child;

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   None

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgement of conviction?
   Yes ☒  No ☐

**FILED**
JUN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned
JFP

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:
   (a) Name of court _DEL. SUPREME COURT,_
   (b) Result _AFFIRMED CONVICTION,_
   (c) Date of result and citation, if known: _3/2/05 FRANKLIN V. STATE, NO. 106, 2004_
   (d) Grounds raised _TRIAL COURT ERROR OF LAW; FAILED (HOLLAND, J.) TO ISSUE A SUA SPONTE ORDER; FAILED TO INSTRUCT JURY ON LESSER CRIME OF RAPE SECOND;_
   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:
       (1) Name of court _(NONE)_
       (2) Result _____
       (3) Date of result and citation, if known _____
       (4) Grounds raised _____
   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:
       (1) Name of court _____
       (2) Result _____
       (3) Date of result and citation, if known _____
       (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒  No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _SUPERIOR COURT, SUSSEX COUNTY._
        (2) Nature of proceeding _POST-CONVICTION RULE 61._
        (3) Grounds raised _INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL; COUNSEL FAILE TO MAKE ANY EFFORT TO PRODUCE MITIGATING EVIDENCE BEFORE SENTENCING;_

(3)

AO 241 (Rev. 5/85)

*Counsel fails to file a pretrial motion of recusal of trial judge from the trial;*

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes☐  No☒

(5) Result _Post conviction motion denied._

(6) Date of result _November 29, 2005_

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____

   (2) Nature of proceeding _____

   (3) Grounds raised _____

   (4) Did you receive any evidentiary hearing on your petition, application or motion?
      Yes☐  No☐

   (5) Result _____

   (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

   (1) First petition, etc.    Yes☒  No☐
   (2) Second petition, etc.   Yes☐  No☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: TRIAL COURT COMMITTED ERROR OF LAW WHEN IT FAILS TO ISSUE A SUA SPONTE ORDER TO DISALLOW CERTAIN IMPROPER EXPERT

Supporting FACTS (state briefly without citing cases or law) OPINION TESTIMONY WHICH INVADED THE PROVINCE OF THE JURY ON ULTIMATE ISSUES IN THE CASE AND UNDERMINED THE FAIRNESS OF THE TRIAL

B. Ground two: DUE PROCESS VIOLATION;

Supporting FACTS (state briefly without citing cases or law) THE ADMISSION OF PRIOR "BAD ACTS" INTO EVIDENCE AND THE JURY INSTRUCTION WAS INSUFFICIENT TO LIMIT OF THE EVIDENCE;

(5)

AO 241 (Rev. 5/85)

C. Ground three: __DUE PROCESS VIOLATION;__

Supporting FACTS (state *briefly* without citing cases or law) __When Prosecutor's Questions elicited evidence which injected a racial element into the trial__

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of these grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgement under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing __(Not Known)__

    (b) At arraignment and plea __Public Defender's Office;__

(6)

AO 241 (Rev. 5/85)

(c) At trial _CAROL DUNN (ESQ) (BART# 4045)_

(d) At sentencing _CAROL DUNN,_

(e) On appeal _DUNN,_

(f) In any post-conviction proceeding _PRO'SE_

(g) On appeal from any adverse ruling in a post-conviction proceeding _PRO'SE_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes☐  No☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes☐  No☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes☐  No☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_PRO 'SE_
Signature of Attorney (if any)

I declare under penalty of perjury that the fore going is true and correct. Executed on

_6-6-06_
(date)

_John M. Fraller_
Signature of Petitioner

(7)

## CERTIFICATE OF SERVICE

I, John M. Franklin, hereby certify that I have served a true and correct copy of the attached Petition for Writ of Habeas Corpus upon the following person/s below: Inmate Account Statement

| NAME | STREET | CITY/STATE/ZIP |
|------|--------|----------------|

Office of the Clerk
United State District Court
844 N King Street Lockbox 18
Wlimington Delaware 19801

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 6 day of June, 06.

John M. Franklin
John M. Franklin

I/M: John M Franklin BLDG. MSB C2
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801