IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN M. FRANKLIN, )
)
      Petitioner, )
)
v. ) Civil Action No. ~~05-893-GMS~~
) 06-378 GMS
RICHARD KEARNEY, )
Warden, and CARL C. )
DANBERG, Attorney )
General of the State of )
Delaware, )
)
      Respondents. )



FILED
AUG - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. _____  I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. __X__  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition

without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*John M. Franklin*
Petitioner

DATED, Aug. 8, 2006

I/M: John Franklin BLDG: MSB, Island 2
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947   SBI 214419

Office of the Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington Delaware
19801-3570

06-378 GMS