IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. FRANKLIN, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>RICHARD KEARNEY, )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State of )<br>Delaware, )<br>)<br>    Respondents. ) | Civil Action No. 06-378-GMS |

O R D E R

At Wilmington this 2r4 day of September, 2006;

IT IS ORDERED that:

Petitioner John M. Franklin's motion to proceed *in forma pauperis* is GRANTED.  (D.I. 1.)

UNITED STATES DISTRICT JUDGE



FILED

SEP 29 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE