IN THE UNITED STATES DISTRICT COURT
FOR THE District of Delaware

John M Franklin
  Petitioner

v

Richard Kearney
Warden, and Carl C
Danberg, Attorney
General of the State of
Delaware
  Respondents

Civil Action No. 06-378-GMS



ORDER

1. Whereas on July 11, 2006 John M. Franklin Recieved A Antiterrism and Effecttive Death Penalty Act 1996 (AEDPA) form and filled it out and Sent to the Court before August 10, 2006 and did So

2. Whereas on August 29, 2006 John M Franklin Sent to the Court A Amend § 2254 Memorandum in Support of Petition Pursuant to 2254 And 2254 (E)(2) Habeas Corpus relief by a Person in State Custody, Petition

3. Whereas on Oct 2, 2006 John M Franklin Received a order that motion to Proced in forma PauPeris is Granted on 28th of September 2006 from the Court

4 Whereas on January 10, 2007 John M Franklin is Asking did the Court Received the memorandum that was Dated and Send out from SCI Po Box 500 Georgetown DE 19947 August 29, 2006 ?

Thank You
John M Franklin
John M Franklin  SBI, 214419

Date January 10, 2007

SCI Po Box 500
Georgetown DE 19947

cc
Gms ✓
JmF

I/M: John Franklin     BLDG: MSB IS12
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947  SBI 214419

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
                        19801-3570

GMS
CV 06-378