---

D.I. # _____

# CIVIL ACTION NUMBER: 06-378 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage                              $ 1.83
Certified Fee                          2.40
Return Receipt Fee                     1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees                 $ 6.08

Sent To         LOREN MEYERS              06-378 GMS
                DEPUTY ATTORNEY GENERAL
Street, Apt. No.
or PO Box No.   DEPARTMENT OF JUSTICE
City, State, ZIP+4  820 N. FRENCH STREET
                WILMINGTON, DE 19801

PS Form 3800, June 2002      See Reverse for Instructions
```

7005 1820 0004 3169 7258

FILED
FEB -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE