D.I. #_____

# CIVIL ACTION NUMBER: 06-378 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

