D.I. # _____

# CIVIL ACTION NUMBER: 06-378 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN RICK KEARNEY
SUSSEX CORRECTIONAL INSTITUTE
P.O. BOX 500
GEORGETOWN, DE 19947

06-378 GMS

2. Article Number (Transfer from service label)   7005 1820 0004 3169 7272

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  /R____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   R. Minnich

C. Date of Delivery   2/1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-154?



FILED
Feb. 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned LB