IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John M. Franklin
  Petitioner
        V
Thomas Carroll warden
and Joseph R Biden III attorney
General for the State of Delaware

CIV. ACT NO. 06-378 GMS

FILED
JUN 1 3 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To the District Court of Delaware

ON June 4, 2007 I received an Answer from the State in Response to the Petition for a Writ of Habeas Corpus, Included Was a Motion for Extension of time from the State to this Court [Item (3) of Response] "Stating" Due to the large Volume of record retrieval recently required by Prosecutors in the Appeals Division the Undersigned has been unable to obtain the Certified State Court records in order to file them Contemporaneously with the Answer. The undersigned anticipates obtaining and Copying the records ON OR Before June 22-2007 [Petitioner Now is questioning Whether he Should Now Proceed or Wait to hear from this Court after it receives response from the State ON OR Before June 22-2007 of obtaining Copies of needed records.

Date ~~John~~ June 8-2007

cc File
   Court

Respectfully Submitted
John M Franklin
John M Franklin
         SBI 214419
S.C.I. PO Box 500
Georgetown DE 19947

IM: John Franklin   BLDG. MSB TIER C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947   SBI 214419

Civ. Act No-06-378
GMS

District Court
Lock Box 18
King Street
Wilmington, DE
19801

1457 $00.970 PB 22
7914        JUN
2613
U.S. POSTAGE