IN the United States District Court
For The State of Delaware

John M. Franklin,
Petitioner

v.

Thomas Carroll, Warden
and Joseph R Biden III Attorney
General of the State of Delaware
Respondent

Civ Act No. 06-378, GMS

No. _____

## NOTICE OF MOTION

TO: District Court
Lock Box 18
King Street
Wilmington De 19801


FILED
JUN 13 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that the attached Motion for Extension of Time will be presented at the convenience of the Honorable Court.

John M Franklin
John M Franklin
SBI 214419
SCI PoBox 500
Georgetown DE
19947

DATED: June 8 - 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

John M. Franklin
   Petitioner

v.

Thomas Carroll, Warden
and Joseph R Biden III Attorney
General of the State of Delaware.
   Respondents.

Civ. Act No, 06-378 GMS

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Petition move for an extension of time in which to file an Responds to an Answer from the State of Delaware, In Support there of, Petition State the following

1. The Petitioner John M Franklin has applied for federal habeas relief, alleging error by the State Courts, D.I. 2. The undersigned filed an answer to the Petition on MAY 31, 2007 DI 19

2. Petitioner can only go to the Law Library, Two times a week, Tuesdays and Fridays

3. Petitioner understands that, He has 15 days to Respond to the States Answer, From MAY 31, 2007 to June 14-2007

4. This is Petitioners first request for extension of time in this Case

5. Petitioners Submit that an extension of time and including June 14-2007 to or Before July 3-2007 20 days in which to file an Responds is reasonable Petitioner Submit here with a Proposed order

Date June 8-2007

John M Franklin
John M Franklin, SBI 214419
SCI PO BOX 500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John M. FRANKLIN
  Petitioner

V

THOMAS CARROLL, WARDEN
and JOSEPH R BIDEN III Attorney
General for the State of Delaware
  Respondents

Civ Act No. 06-378-GMS

ORDER

This ___ day of _____, 2007

WHEREAS, Petitioner having requested an extension of time in which to file a Responds to the States Answer and

WHEREAS it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension on or Before July, 3-2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I John M FRANKLIN Certify that on June , 2007 I filed the attached documents with the Clerk of the Court, I also hereby certify that on June 2007, I have Mailed by United States Postal Service, the same documents to the following Now-registered Participal

Kevin M Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID No 4836

DATE June 8, 2007

John M Franklin
John M FRANKlin
SBI 214419
SCI PO Box 500
Georgetown DE
19947

FRM: John Franklin   BLDG. MSB Tier C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947   SBI 214419

Civ. Act No-06-378

Jm's

District Court
Lock Box 18
King Street
Wilmington, DE
19801

U.S. POSTAGE PB 22
1457
7914   $00.970   JUN
2613