OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 14, 2007

TO:  John M. Franklin
     S.C.I. P.O. Box 500
     Georgetown, DE 19947

**RE:  Letter dated** 6/8/07;
**Civ. No. 06-378 GMS**

Dear Mr. Franklin:

   The above referenced letter has been received by this office requesting assistance regarding "whether he (you) should now proceed or wait to hear..."

   Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

                                Sincerely,

/rpg                            PETER T. DALLEO
                                CLERK

cc: the Honorable Gregory M. Sleet