IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN M. FRANKLIN**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :    Civ. Act. No. 06-378-GMS |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, John M. Franklin, has applied for federal habeas relief alleging error by the state courts. D.I. 2. The counsel for respondents filed an answer to the petition on May 31, 2007.

2.  By the terms of the Court's order of June 1, 2007, respondents were to file certified copies of the state court records material to the questions raised in the petitioner's appeal by June 22, 2007. *See* D.I. 20.

3.  Assigned counsel has been out of the office since June 18 on paternity leave. Consequently, he was unable to obtain the certified state court records in order to file them on June 22. Moreover, due to his unexpectedly early departure from the office, assigned counsel was unable to timely move for an extension of time to file the certified records. Counsel now anticipates obtaining and copying the records on or before July 20, 2007.

4.	Respondents submit that an extension of time to July 20, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date:  June 28, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.


/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents


Date:  June 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN M. FRANKLIN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-378-GMS |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before July 20, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 28, 2007, I electronically filed this motion for extension of time to file certified state court records with the Clerk of Court using CM/ECF.  I also hereby certify that on June 28, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

    John M. Franklin
    No. 214419
    Sussex Correctional Institution
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us