IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN M. FRANKLIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-378-GMS |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

    a. Appellant's Opening Brief and Appendix (No. 106, 2004)

    b. State's Answering Brief and Appendix (No. 106, 2004)

    c. Order (March 2, 2005) (No. 106, 2004)

    d. Appellant's Opening Brief and Appendix (No. 622, 2005)

    e. State's Motion to Affirm (No. 622, 2005)

    f. Order (May 17, 2006) (No. 662, 2005)

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: July 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2001, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on July 9, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>John M. Franklin
>No. 214419
>P.O. Box 500
>Sussex Correctional Institution
>Georgetown, DE 19947

>/s/Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date: July 9, 2007