IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John M Franklin
_____
Plaintiff/s

V

Thomas Carroll Warden
Joseph R Biden III Attorney
General
_____
Defendant/s

Civil Action No.: 06-378 GMS

FILED
JUL 10 2007
RG slur
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR Motion For Extension Of Time

COMES NOW, the Plaintiff, John M Franklin, pro se who pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

1. Petitione John Franklin has applied for Federal Habeas relief, Alleging error by the States Courts DI2. The undersigned filed an answer to the Petitioner on May 31-2007 DI 19

2. Petitioner can only go to the Law Library Two times a week Tuesday and Friday

3. Petitioner has 1 hour to read and look up case laws for his responds

4. This is Petitioners Second request for Extension of time in this case.

5. Petitioner submit that an extension of time and including July 3-2007 to or before July 23-2007 20 more days in which to file an responds is reasonable Petitioner submit here with a Proposed

Date June 29-2007

John M Franklin
SCI PO Box 500
Georgetown DE 19947
SBI 214419

John M Franklin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John M. Franklin
  Petitioner

Thomas Carroll, Warden
and Joseph R Biden III attorney
General of the State of Delaware
  Respondents

Civ. Act No 06-378-GMS

ORDER

This _____ day of _____ 2007

Whereas, Petitioner having requested an extension of time in which to file a Responds to the States Answer and Whereas it appearing to the Court that the requested extension is timely made and good cause has been shown for the Extension on or Before July 23- 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, John M Franklin, hereby certify that I have served a true and correct copy of the attached Motion for extension of time upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Department of Justice | 820 N French Street | Wilmington Del 19801 |
| U.S District Court | 844 N King Street Lock Box 18 | Wilmington Del 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 29 day of June, 2007.

John M Franklin

John M Franklin
SBI 214419
SCI Po Box 500 Georgetown De 19947

I/M: John Franklin BLDG: MSB Tier C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947   SBI 244419

06-378-GmS

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington DE
19801