# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JOHN M. FRANKLIN Petitioner

V

THOMAS CARROLL Warden
and JOSEPH R. BIDEN III attorney
General for the State of Delaware

Civ Act No. 06-378-Gms

FILED
JUL 13 2007
BD scanned
US DISTRICT COURT
DISTRICT OF DELAWARE

Petitioners Response to States Answer Pursuant to Rule 5 of Governing Section 2254 Actions.

Background Defendant was Convicted in the Superior Court in Sessex County, of five Counts of First degree rape, one Count of terroristic threatening, and one Count of endangering the welfare of a Child. "Holdings State Court Evidentiary Ruling (1) The expert's testimony related to the issue of Consent in Franklin's trial for rape (2) Admission of Franklin's Prior assault of victim, Consumption of Alcohol, and Viewing of Pornographic movies, (3) Franklin's Complaint that an improper Racial element was Prejudically introduced during his trial (4) Ineffective Assistance of Counsel on Nurse Holbrook [Court's Expert witness] (5) Counsel was ineffective by failing to Present and move for Recusal of the trial Judge (6) That Counsel was ineffective by failing to Present mitigating evidence at Sentencing (7) And ineffective by failing to object to Franklin's immediate Sentencing (8) Grounds Relating to State Post Conviction Proceedings and unfair Treatment of Appeal

Page 1

# Response

"1" The Superior Court did commit Plain error in allowing the SANE to give an opinion on the issue of consent. The introduction of the expert's testimony on the issue of consent did deprive Franklin of fundamental fairness in his Criminal Trial. [Judge Court should not have instruction the SANE nurce to say consent with Non-Consensual Sex.] If anything she should gave her own opinion than being instucted by The Judge Court.

Delaware Rule of Evidence 704 Provides that testmony in the form of an opinion or inference otherwise admissible is not objectionable merely because it embraces an ultimate issue to be decided by the trier of fact. At the trial the SANE opined that the intercourse in this case was Non-Consensual based on her studies, Her observations of Karen injuries, And what Karen had told her about the multiple rapes. "In Mrs Holbrooks studies must not been the trier of fact". (1) At trail DR Brown said that, "It is not Possible for a Docture or any SANE nurse to render an opinion that Injuries observed on a Person resulted from or were caused by Consensual Sex or Non-Consensua Sex see No 106-2004 Appellants opening Brief Page 21, (2) Here Comes Now John Franklin Showing this Court there must been a Reasonable doubt about Karen Franklins "Injuries" For the State won't Nurce Holbrook to take a Sexually transmitted disease check-up from Karen Franklin before trail. And

P.2

during the trail the Check-up was Surprise to be introducted before the Jury. [Judge Court did not Grant Franklin a mistrial.] Judge Court should have granted a new trial because of the Evidence and the way the State and MRS Holbook introducted it before the Jury.] In Franklins Petition on Page 11 V #2 Says Counsel failed to Adequate Investagate and Cross exam Nurse Holbrook and on Karen Franklin's Injurries. see Darrell W. Stevens V Delaware Correctional Center No-CIV A97-130 Gms. U.S. District Court July 23, 2001 cite 152 F Supp 2d 561 (Dec 2001) 17-18. The Superior and Supreme Court error on not looking at the trier of fact of Nurce Holbrook's Opined Studies and observations of Karen Franklins Injuries, Then introducted a test before the Jury, Did deprive Franklin of Prejudice, and having a fair trial.

Franklin is entitled to federal habeas relief By the Trier of Fact. See OTTO GARY GIBBS V STATE OF DELAWARE No 480, 1997

P.3

"2" ON Delaware Evidence Rule 404(b) Bad Acts

In to the State's answer on Page 6 States. To demonstrate Cause for a Procedural default, A Petitioner Must Show that Some objective factor external to the defense. Precluded his Compliance with State Procedural Rules. Franklin did raise this Claim in his direct. [See Franklin 869 A2d 327 Page 3-2 *] Franklin did not raise this Rule's of Bad Act's in his Rule 61. Franklin Put a Motion of recuse the Judge he knows and harbored strong feelings about Franklin's dranking and act's againts his wife. As you Can See that this Judge made Pretrial rulings in the Case at hand. Which favored the State of Delaware. Franklin was Convicted of a D.U.I on October 28-2003 The Judge ask for a P.S.I report. The Courts Postpone the Sentence untill January 30-2004 In February is when Franklin had the rape trial. The Judge Could of waited untill the rape trial was over and then sentence him if found guilty all together like he had dun. Franklin's opinion is were this Judge is Bias and Prejudice He [The judge] waited before the rape trial so he Could know all bad acts's that Franklin had in the P.S.I report. As You can see There were No bad acts on the weekend of April 11 to 15-2003 Judge Stokes granted a Motion for the State of bad act for there Case in Chief (1) Karen's Assault in (1998), Well over 10 Years and in the report the Judge and States attorney was holding other acts over Franklin's head

P.4

(2) Dranking" Franklin said that he had drank on Friday afternoon or 11 in the Park were he lives" And also Monday Night 14-2003 The Courts went by Franklins wifes statement at the DUI Trial. "That he was totality drunk all weekend.

(3) Viewing of Pornographic Movies. "The movies as the State said <u>Rented</u> In the Discovery Rule 16 there were No Pornographic movies to bring in to Evidence. During the Retrial hearing the State said that Det Corrigain said that he got the Movies from the Franklins home [9 mounts later before the trail] Franklin and his wife never said aney thing of the names of the movies and what scenes they saw in the movies Franklin took back. The Judge aloud the State attorney take around his self to cut takes and saying that the movies he had was Franklins and what scenes he had cut out is what Franklin did to his wife. [He showed the Jury] And also the names of the movies. Franklins wife had two <u>Sex Act</u> Statements '1' Legs over her head. '2' Sex on the torlet. Now 1 Franklin has not dun aney Bad Acts to his wife sents 1989. 2 Franklin has Relapse And the issu drank. outside of his home. 3 "Bouth" Franklin and his wife watch some scenes from the X movies Franklin took back. Franklin has demonstrated Cause for default and resulting Prejudice. Franklin is entitled to federal habeas relief. See transtrips Page A52 thure A60 EX1 For Rule 16. See transtrips Page A72 #4 to #20 A77 #8 to 10* A83 #7 to #15 See John E Holtzman v. State of Delaware No 221, 1997, OTTO Gary Gibbs v State Delaware No 480, 1997    P.5







## Race

Franklin Complaint that an improper racial element was prejudicially introduced during his trial. Doe's afford him a federal habeas remedy. Franklin presented this claim as a federal due process claim in his direct appeal. As in this Answer from the State on Franklin's Petition. On Page 7 #3. The Delaware Supreme Court found that the reference that Franklin was going to F___ his wife like name he called Darnell Bynes, A African American with whom Franklin wife had an affair, were admissible and relevant to Franklin's state of mind and intent to rape his wife who had an affair with Bynes See Franklin 2005 WL 528674 *2. The State Court determination of this question was not an unreasonable application of nor did it contradict established United States Supreme Court Precedent. "Note" In Franklins Pre-Trial hearing. "The States attorneys Theory" of Race to be in. Were that Franklin's wife made ONE statement to his Probation officer. On 4-14-03 that on 4-11-03 Franklin Suppose to say he was going to F___ her like a N word. See Transtrips A.92. Judge Court ask the State did Mrs Franklin say that. He Said "<u>Yes</u>" Then they looked at Some Statements. The State and Franklin's attorney Said "<u>No</u>" to the Judge Court. Franklin did not say anerthing Racial to his wife. And the State doesn't have No Proffy. See Transtrips A65 to A69 Shows that the Judge Rule to let the States Theory of Race in. And to instruct Franklins wife at trail. To say he was going to F___ her like a Darnell Bynes 5 times

P.6

And at opening Statement to the Jury is improper injection Race into a Criminal Proceeding Violates a defendants right to Due Process and the right to a trial by an impartial Jury. Franklin and his wife said that they had Sex 3 days that weekend. The Courts let the State instruct Franklin's wife to get the other Two Changes of Rape in By instructing F--- her like a Darnell Barnes. The references of Race in Franklins trail were improper were Franklin did not say aneything. The Courts Error deprives Franklin of fundamental fairness in his Criminal Trial. Franklin is entitled to federal habeas relief. See Transtrips A83 *7to*15 A92 *1to*5 to*18to23

4. Ineffective Assistance of Counsel

In Franklin's Petition for federal habeas relief. Franklin asserted that his trail Counsel was ineffective. IN Page 11, V, (2) Counsel failed to adequate investigate and Cross Exam. The States (Hire Gun) The Nurse MRS Holbrook Counsel Shouldn't have waited Untill opening Statement to have "attacked the opinions and qualification of Nurse Holbrook [the states expert witness]" B Counsel allowed to much Presudicial information about the (victim) Sexually transmitted disease Check-uP bY MRS Holbrook to be introducted before the Jury. To demonstrate Cause for a Procedural default. A Petitioner must show that some objective factor external to the defense Precluded his Compliance with State Procedural Rules. [Counsel Should of adequate investigate MRS Holbrook on her qualification of her Job being a SANE NURSE before the trail "than" wate untill the Day of the trail. Counsel Should of Cross Exam to the "trier of fact", than on MRS Holbrooks rendered an opinion that, "this was NON- NON Consensual intercourse" She also rendered another opinion that NON-Consensual Penetration with force is what will cause the tear. If it was a tear "oR" "Something else" Counsel allow to much Prejudice information about the (victim) Sexually transmitted disease Check-uP bY mRs Holbrook to be introducted before the Jury. Franklin is Charged Rape First Caused Injury in Violation of 11 Del.C 773 § Counsel Should not of wated untill the next day

P8

To ask for a mistrial (2) Judge court should of granted the mistrial on the facts of "Prejudice" Evidence to be introducted to the Jury (3) Counsel fails to argue to trial Judge. If the fact is Karen Franklin had a tear or a disease, Than going by MRS Holbrooks Opinion. See in this Response, Page 2-3. Franklin has Show Prejudice from the Courts and is entitle to Effective Assistence of Counsel on Strickland V Washington

5 Counsel was ineffective by failing to Present and move for Recusel of the trial Judge.

In Franklin's Petition argues the fact's about Judge Stokes being bias and Prejudice about Franklin and the Rape trail Read 2005 Del Super. Lexis 384 Page 3 [*7] The Judge Court's Opinions about Franklin. It Show's that He the Judge is Judgeing Franklin of his Pass. Witch he has not dun aney Bad Act's or Charged untill 2000 For a DUI. The Judge granted defendant motion to Sever the various Charges to Prevent Prejudice to him. But trial Judge youse Franklin's P.S.I Report and the People in the other trials. Into the Rape trial. Witch they and the P.S.I report does not have aneything to do with Franklin's Rape TRial. That's is what the Motion to Sever is for. Witch It Shows Prejubice. The Judge had a off recourd Statement of his intrest on the out come of MRS Franklin's TRail " The Rape TRail"

p4

LOSV LOS 545 A2d 38p, 54-85 (Del 4887)

In Canon 3 (iii) Is known by the Judge to have an intrest that could be Substantially affected by the out come of the Proceeding [As you can see in Franklin trail and appeals] 1) "Note" Charge rape first degree Caused Injury 11 Del. c § 773 Proof of elements required to Convict defendant. The State needs to Prove four elements beyond a reasonable doubt. (1) That defendant had Sexual intercourse with the Complainant (2) That the age of the Complainant (3) Was not defendant's Voluntary Social Companion and that (4) defendants Conduct was intentional, See Trump V State Del Supr 753 A2d 963 (2000) In the elements "1 Karen and John Franklin had Sex. Karen never call the Police on any other help line, She Never Said "No", or Rape, help or any thing of the Sorted. "2" Karen and Franklin in 40s "3" Franklin and his wife was living as a family, Sleeping, Eating Everything as husband and wife. "4" The Judge went with the "States Theory" of intentional Even the Judge Court let the State Instruct Karen and others to Say and of what they thutt was Said. She agree to. And this Judge Court's granted it all to the State's attorney. Franklin is intitle for federal habeas relief. In this case Should of been Karen Franklin V John Franklin. Counsel was ineffective by failing for recusel to this Judge. As you can see "All" of Counsel's efforts were wasted at trail and doouring Pre Trail. See 199 F 3d 123 (3d cir) See Deberry V State Del Supr 457 A2d 744, 754 (1983) Harris V State Del Supr 695 A2d 34, 40 (1997) Lolly V State Del Supr 611 A2d, 956-960 (1992 Hammond V State Del Supr 569 A2d, 81, 90 (1989)

P. 10

Counsel was ineffective by failing to present mitigating evidence at sentencing

In Franklin's Petition explain it's self. Trial Counsel should of investagat and made effort to produce mitigating information on Franklin's background before trail and before counsel gotten the P.S.I report after the DUI trail. She just relied on the P.S.I Report. Franklin is entitled to federal habeas relief.

(7) Ineffective by failing to object to Franklin's immediate Sentencing

In Franklin's Petition explain it's self and see 901 A2d 119 2006 WL 1374675 (Del. Supr.) Pages Del code ann tit 11 773a(1) 4205 (b)(1) Providing that a person guilty of Rape in the First Degree is subject to a Sentence of incarceration not less than fifteen years) Shows Prejudice in Strickland V Washington.

(8) Grounds Relating to State Post Conviction Proceedings and Unfair Treatment of Appeal.

In States Answer Page 13 states To extent that Franklin alleges error in his Postconviction Proceedings and subsequent appeal see DI6 at 22-23 his claim are without avail.

The legal Rulings in the State Superior Court was unreasonable in the light of the Evidence Presented. As You can see in 2005 Del Super Lexis 384 Page The Supreme Court recently has expressed the necessity of obtaining of affidavit from trial Counsel. The affidavit requirement is important to the first Prong of defendant's Burden. Jude Court would not allowed Aaffidavit with his Rule 61 (Show Prejudice in Franklin's Appeals. Franklin is entitled to Federal Habeas Relief.

P.11

## Conclusion

For Reasons and Authiorities Cited herein the Petitioner John M Franklin Respectfully Prays that this Hon. Court Will Grant Federal Habeas Relief. Reverse his Conviction and Sentence and order A NEW TRIAL

                    Respectfully
                      Submitted
              John M Franklin SBI 214419
              SCI. Po Box 500
              Georgetown DE 19947

Date July 10   2007         */s/ John M Franklin*

P/2

# CERTIFICATE OF SERVICE

I, _John M Franklin_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _10_ day of _July_, _2007_.

✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

✱✱ Circle the Department of Justice you are serving ✱✱

| (Deputy Attorney General<br>Department of Justice<br>820 North French Street<br>Wilmington, DE 19801) | Deputy Attorney General<br>Department of Justice<br>102 West Water Street<br>Dover, DE 19904 | Deputy Attorney General<br>Department of Justice<br>114 East Market Street<br>Georgetown, DE 19947 |
|---|---|---|

_7-10-07_
Date Signed

_John M Franklin_
Signature of Movant (Notarization not required)

John M. Franklin
SCI PO Box 500
Georgetown Del 19947
SBI 214419

I/M: John Franklin BLDG. M.S.B Tier___
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947  SBI 214419



Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
                    19801-3570

GMS  Civ-Act-No 06-378 GMS