IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN M. FRANKLIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-378-GMS |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following of the Delaware Superior Court documents have been filed and are available in paper form only.

    a.  Criminal Docket Sheet in I.D. No. 0304010407C

    b.  Amended Information

    c.  Sentencing Order

    d.  Motion for Postconviction Relief

    e.  Defendant's Motion for Recusal

    f.  Defendant's Motion to Expand the Record

    g.  Defendant's Memorandum of Law in Support of Motion for Postconviction Relief.

      h. Order Denying Defendant's Motion for Postconviction Relief, dated September 2, 2005.

                                      <u>/s/ Kevin M. Carroll</u>
                                      Deputy Attorney General
                                      Department of Justice
                                      820 N. French Street
                                      Wilmington, DE 19801
                                      (302) 577-8500
                                      Del. Bar. ID No. 4836

DATE: July 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2001, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on July 19, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>John M. Franklin
>No. 214419
>P.O. Box 500
>Sussex Correctional Institution
>Georgetown, DE 19947

>/s/Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  July 19, 2007