IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John M. FRANKLIN
    Petitioner

V.

Richard Kearney Warden
and Joseph R Biden III attorney
General for the State of Delaware.

Civ. Act. No. 06-378 GMS

FILED
MAR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Honorable Gregory M. Sleet

    Two of my friends Put money up to do a Second Motion for Postconviction Reliefe of the Delaware Supreme Court documents Appellant's opening Brief and Appendix (No, 543, 2007 They got the attorney because I do not have No money and So Honorable Richard F. Stokes Can look at the Merits of the Case and Have the Evidentiary hearing, Reverse my Conviction and order a New Trial. Honorable Richard F Stokes did not look at the Merits Now he's going by the Delaware Superior Rule book on this Motion. When at Pre Trail hearing and doring Trail he "The Judge" did not go by the Rule book And also he gave the Wrong Ruleing When we ask for the Misstrail, As You Can See the erros He Judge Stokes Made was Wrong. I'm asking "You" Honorable Gregory M. Sleet to look at the Merits and I have a Verbal evidentiary hearing on all of my Motions that's been dun. So I Can have a fair day in Court and get a fair Trail. Thanks for Your time, Your Truly
    cc GMS
March 2, 2008    JmF

(SBI 214419
John M Franklin) SCI Po Box 500
John M Franklin) Georgetown De
    19947

