In The United States District Court
For The District Of Delaware

John M Franklin  Petitione

V

Richard Kearney Warden
and Joseph R Biden III attorney
General for the State of Delaware.

Civ. Act No. 06-378 GMS

FILED

JUL 2 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Honorable Gregory M Sleet

I'm wrighting You of this letter I wrote to Carole Dunn. my attorney
at trail' My family, friends and I need to know Some answers of
Why She did not defend me at trail and Pre trail And did No
Interview or Invesagate. As You know I'm a little Slow. I do not
know to much about Law's or Rules In Court. I also wont You to
know - I wrote to Judge Stokes of things I Wanted dun before the
Rate trail. And told him Whatt was going on that weekend at my
home. Have You heard of Yousing Reverse PSYChology? Well Judge
Stokes did. And Were as You know I had Strokes and it miss up
my heath and mine of thinking. Judge Stokes, Adam Gelof state authen
Miss Dunn took avantage of it. Even on the Docket Sheet from th
begaining. I tryed to get read of Miss Dunn. Judge Stokes would no
let me. I've lurn alot from 2col to Now. When older People and
friend's give advice. I know to take it and Youse it for myself and
others. Like in my Case here. People You love and trust Will get other
In trubble to get there way or even to get read of them. Even if they
were not doing wrong or in trubble. I've got to know that my hear
has trust in You. I Pray that You Honorable Gregory M Sleet and
Your Court Would give me a Chance to Show You I did not Rate
my wife. And that Judge Stokes, Adam Gelof, and Miss Dunn did
Not give me a fair day in Court And a fair TRAIL    over

I got this letter from my Daughter to family Court.
Each week I wright her and tell her Im trying every
thing I Can do in my Heart to get back out there with
her. And hopefuly well get some good News. Thanks
for Your time Honorable Judge Sleet I hope and Pray that
You Can fire and See of what Im talking aboot. To get
me a New trail and or these Charges Droped.
P.S Can I get a Docket of what's going on with my
Case And what's Next for me to do

CC, H. GMS   July-22-2008
JmF

Yours Truly
John M Franklin
SBI 214419
S.C.I Po. Box 500
Georgetown DE 19947

July 24 2008

Dear Carole Dunn
    I had some questions about my case, some People told me to ask "Lisa m Schwind", Director Innocence Project She had answer some, And that my case is not a Perpetrat case, well I ask my Brother clyde #302-238-7193 His House to Ca Internal Affairs on Adam Gelof and Det Corrigan. And Put these charges on them, False statement, Bennfit 31-1603, (10,000 Felc Page 87, Interfere w/child witness, 11-1263 A Fel E Page 47 Complaini Fel F 11-1263A page 53, Tampering w/witness Fel E 11-1263 Page 47 Tampering w/Evidence, And Persjury, I Ask them to Invesagate Karen on a letter she gave me in 2005, of how she can help me to get out And my freedom Back, And as you know I've been doing all I can by law, And it's legal of what Im doing. You kno that these charges are Right. You were there, And I ask them to Invesagate the head Jury Also. I need a <u>Affidavit</u> from You of why you did not Invesagate. The SANE Nurce Holbrook, Karen of her So called Insuries, A Bloob test when ask for the miss trial, Karen did not say Rape to no one at No Point of time Then Det Corrigan, were he did not Interview me on APRIL 15, 200 That Bit my case, when he an Adam Gelof Cut the tape and <u>Put Rape in</u> I can Prove that. I Know there are Court Rules Judge Stokes, Let Gelof Break a lot, And there is No Rule sayin that I can not Put Charges on them. Right? Thanks for your time. I hope to have the Affidavit from you soon. It's Important to get my freedom Back  Thanks  Yours Truly

cc HON GMS( Note me or my Brother has not hurd
CD (Anything yet on this, Im trying to get
JmF(a New Trial or all charges Droped,

John Franklin        SBI 214419
SCI Po Box 500
Georgetown De 19947

Petition – Continuation Sheet                                    Page _____

To the family court,

I have to say the reason I don't want
to visit my dad is because it's hard to
see my dad when it's just for a
little bit. Plus it's hard to see my
dad where he is. Everytime I pass by
the jail it upsets me but I try
not to show it. Having to deal with
all this as young as I am makes
me confused & feel terrible. It upsets
me to much when I do see him.
                              Thank You,
                              Samantha Franklin

(PLEASE DO NOT WRITE BELOW THIS LINE)

IM: John Franklin    BLDG: _____

SUSSEX CORRECTIONAL INSTITUTION

P.O. BOX 500

GEORGETOWN, DELAWARE 19947

Civ Act No. 06-378.GmS

Office of the Clerk

United States District Court

844 N. King Street Lockbox18

Wilmington Delaware

19801



